From: **Shelly McDaniel** islandfamily25@gmail.com
Subject: No Subject
Date: April 2, 2016 at 12:43 PM
To: Lee Schlender Search leeschlender@gmail.com




PLAINTIFF'S EXHIBIT A