AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | | |
|---|---|---|
| ANTWON MCDANIEL | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:16-CV-202 -BLW |
| DIETRICH SCHOOL DISTRICT NO. 314, STEPHANIE SHAW, BENJAMIN HARDCASTLE, BENJAMIN HOSKISSON, WAYNE DILL, STAR OLSEN, KRIS HUBERT, ET AL. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ben Hardcastle
438 Orchard Drive
Gooding, Idaho  83330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

E. Lee Schlender, ISBN 1171
SCHLENDER LAW OFFICES
2700 Holly Lynn Drive
Mountain Home, Idaho  83647
T: (208) 587-1999
F: (208) 587-3535

R. Keith Roark, ISBN 2230
THE ROARK LAW FIRM
515 S. 1st Avenue
Hailey, Idaho  83333
T: (208) 788-2427
F: (208) 788-3918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  5/17/2016

/s/ Carrie Smith

*Signature of Clerk or Deputy Clerk*



United States Courts
District of Idaho
**ISSUED**
*Carrie Smith*
*on May 17, 2016 1:23 pm*