AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| ANTWON MCDANIELS <br><br> *Plaintiff(s)* <br><br> v. <br><br> DIETRICH SCHOOL DISTRICT NO. 314, STEPHANIE SHAW, BENJAMIN HARDCASTLE, BENJAMIN HOSKISSON, WAYNE DILL, STAR OLSEN, KRIS HUBERT, ET AL. <br><br> *Defendant(s)* | Civil Action No. 1:16-CV-202-BLW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DIETRICH SCHOOL DISTRICT NO. 314
406 N. Park Street
Dietrich, Idaho  83324
Phone:  208-544-2158


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

E. Lee Schlender, ISBN 1171        R. Keith Roark, ISBN 2230
SCHLENDER LAW OFFICES           THE ROARK LAW FIRM
2700 Holly Lynn Drive                     515 S. 1st Avenue
Mountain Home, Idaho  83647      Hailey, Idaho  83333
T:  (208) 587-1999                            T:  (208) 788-2427
F:  (208) 587-3535                            F:  (208) 788-3918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date:    05/17/2016                                                         /s/ Carrie Smith
                                                                                   *Signature of Clerk or Deputy Clerk*



**United States Courts
District of Idaho

ISSUED

*Carrie Smith
on May 17, 2016 2:23 pm*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-CV-202-BLW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset