R. Keith Roark, ISBN 2230
THE ROARK LAW FIRM
515 1st Ave. South
Hailey, ID 83333
T: (208) 788-2427
F: (208) 788-3918
E: keith@roarklaw.com

E. Lee Schlender, ISBN 1171
SCHLENDER LAW OFFICES
2700 Holly Lynn Drive
Mountain Home, ID 83647
T: (208) 587-1999
F: (208) 587-3535
E: leeschlender@gmail.com

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANTWON MCDANIEL,<br><br>          Plaintiff,<br><br>v.<br><br>DIETRICH SCHOOL DISTRICT NO. 314, STEPHANIE SHAW, BENJAMIN HARDCASTLE BENJAMIN HOSKISSON, WAYNE DILL, STAR OLSEN, KRIS HUBERT, PERRY VAN TASSELL, BRET PETERSON, MICHAEL TORGERSON, RICK ASTLE, BRAD DOTSON AND JOHN AND JANE DOES 1 – 10.<br><br>          Defendants. | Case No. 1:16-CV-202<br><br>**ACCEPTANCE AND ACKNOWLEDGMENT OF SERVICE** |

I, Brian Julian, attorney at law, for the Defendants, Dietrich School District No. 314, Stephanie Shaw, Brad Dotson, Kris Hubert, Ben Hoskisson, Perry Van Tassell, Ben Hardcastle Wayne Dill, Rick Astle, Bret Peterson, Mike Torgerson, and Starr Olsen, in the above entitled cause, being first duly sworn, depose and state that I received service of the attached Summons for each of the Defendants in the above entitled matter. Further, that I hereby accept service of process of the Complaint on this date on behalf of the Defendants above mentioned.

DATED this 25th day of May, 2016.

ANDERSON, JULIAN HULL, LLP

By: _____
BRIAN JULIAN

STATE OF IDAHO,        )
                       ) ss.
County of Ada.         )

On this 25 day of May, 2016, before me, the undersigned, a Notary Public in and for said County and State, personally appeared BRIAN JULIAN, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_____
NOTARY PUBLIC FOR IDAHO
Residing at: Star, Idaho
Commission expires: 10/19/18

[Notary Seal: DAVONNA WOLFF, NOTARY PUBLIC, STATE OF IDAHO]

ACCEPTANCE AND ACKNOWLEDGMENT OF SERVICE | 2