UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANTWON McDANIEL,<br><br>        Plaintiff,<br><br>vs.<br><br>DIETRICH SCHOOL DISTRICT NO. 314, STEPHANIE SHAW, BENJAMIN HARDCASTLE, BENJAMIN HOSKISSON, WAYNE DILL, STAR OLSEN, KRIS HUBERT, PERRY VAN TASSELL, BRET PETERSON, MICHAEL TORGERSON, RICK ASTLE, BRAD DOTSON and JOHN AND JANE DOES 1-10,<br><br>        Defendant. | Case No. 1:16-cv-00202-BLW<br><br>ORDER RE:<br><br>STIPULATION FOR PROTECTIVE<br><br>AGREEMENT-<br><br>BETWEEN A NON-PARTY AND<br><br>PLAINTIFF and DEFENDANTS  RE:<br><br>PRODUCTION OF DISCLOSED DOCUMENTS AND MATERIALS |

The Court hereby enters as a protective Order the Protective Agreement attached hereto as  Exhibit A.

Dated: November 03, 2016

B Lynn Winmill
Chief District Judge
United States District Court

B.Lynn Winmill
Chief Judge

ORDER RE : STIPULATION FOR PROTECTION RE:
PRODUCTION OF DOCUMENTS AND MATERIALS

1

E. Lee Schlender, ISBN 1171
SCHLENDER LAW OFFICES
2700 Holly Lynn Drive
Mountain Home, ID 83647
T:(208) 587-1999
F:(208) 587-3535
E:leeschlender@gmail.com


R. Keith Roark, ISBN 2230
THE ROARK LAW FIRM
409 North Main Street
Hailey, ID 83333
T: (208) 788-2427
F: (208) 788-3918

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANTWON McDANIEL,<br><br>                    Plaintiff,<br><br>vs.<br><br>DIETRICH SCHOOL DISTRICT NO. 314, STEPHANIE SHAW, BENJAMIN HARDCASTLE, BENJAMIN HOSKISSON, WAYNE DILL, STAR OLSEN, KRIS HUBERT, PERRY VAN TASSELL, BRET PETERSON, MICHAEL TORGERSON, RICK ASTLE, BRAD DOTSON and JOHN AND JANE DOES 1-10,<br><br>                    Defendants. | Case No. 1:16-cv-00202-BLW<br><br>STIPULATION FOR PROTECTIVE<br><br>AGREEMENT-<br><br>BETWEEN A NON-PARTY AND<br><br>PLAINTIFF AND DEFENDANTS RE:<br><br>PRODUCTION OF DISCLOSED<br>DOCUMENTS AND MATERIALS |

   **COME NOW** Office of the Attorney General of the State of Idaho, the Plaintiff and

Defendants, by and through their undersigned counsel pursuant to FRE 502 and FRCP

26(b)(5)(B) AND FRCP 45, and hereby stipulate and as follows:

STIPULATION FOR PROTECTION RE: PRODUCTION OF
DOCUMENTS AND MATERi                                                         1

Exhibit A
to Order re: Stipulation for Protection

The Office of the Attorney General conducted a criminal investigation regarding allegations raised by Antwon McDaniel against A.H. (a juvenile), T.W. (a juvenile) and John Howard; that a subpoena for the files and documents generated and related to that investigation and prosecution was sent to the Office of the Attorney General of the State of Idaho by Plaintiff's attorneys and the Attorney General's office will respond thereto by furnishing said materials to the parties.

THEREFORE:

This Stipulation shall apply to all documents, regardless of form, including audio, photographs, and/or video which contain information derived from the above referenced investigation and prosecution conducted by the office of the Attorney General of the State of Idaho against A.H., T.W., and John Howard; that this Agreement and the terms thereof shall be an Order of the Court.

### Access to and Use of Disclosed Documents and materials.

The plaintiff and his attorneys and defendants may only use Disclosed Documents and Materials, for the purposes of this litigation and may only make said materials available to:

(a) Counsel of record for any party, and the legal associates, clerical or support staff of counsel assisting in the preparation of this matter; (b) a party and a party's employees, or independent experts, or potential experts, or any other person employed or retained by counsel for the purpose of assisting counsel in this action, after said party has advised such person of the provisions of this Order and secured his or her agreement, in writing, to abide by its terms; (c) witnesses, court personnel and court reporters in any proceeding held in connection with this action and to whom there is a legitimate need to disclose particular materials; and, (d) case evaluators, facilitators, and mediators after said party has been advised of the provisions of this Order and secured agreement, in writing, to abide by its terms.

STIPULATION FOR PROTECTION RE: PRODUCTION OF
DOCUMENTS AND MATERIALS                                        2

Each individual who receives any Protected Materials herby agrees to subject himself/herself to the jurisdiction of this Court for any purposes of any proceedings related to the enforcement of this Protective Order.

### A. Handling Protected Materials.

If any party files with the Court any pleading, interrogatory, answer, affidavit, motion, brief, or other paper containing, appending, summarizing, excerpting or otherwise embodying confidential material, the pleading or other paper in which the confidential material is embodied shall be filed and maintained under seal and shall not be available for public inspection. The party making the filing shall comply with D. Idaho. L. Civ. R. 5.3, and R. 5.5.

### B. Miscellaneous.

1.      This Order shall not prevent either party form applying to the Court for relief from this Order or any part thereof or for relief from its application in any particular circumstance, or from applying to the Court for further or additional protective agreements or orders. This Order shall survive the final determination of this or related proceedings to the extent that the protected materials have not or do not become known to the public.


2.      The parties may rely on a waiver of the provisions of this Order or consent to disclosure of protected materials that is made by the producing party's attorney as if that waiver or consent was made by the producing party itself, provided that such waiver or consent is express and shall be either in writing or on the record in a hearing, trial, or deposition transcript.

3.      In the event a party receives a subpoena or other legal or governmental demand for protection of any Protected Material, the subpoenaed party shall notify the requesting part of the subpoenaed party's obligations defined by the Order in order to allow the requesting party to take appropriate steps in obtaining a court order, if the Court in this action so deems ordering the

STIPULATION FOR PROTECTION RE: PRODUCTION OF
DOCUMENTS AND MATERIALS                                                          3

production of the Protected Materials.

4.     All Protected Materials and all copies (including electronic, paper and any other versions thereof), shall be after termination of this litigation handled as Ordered by the Court including but not limited to: returning the same to the producing party or otherwise permanently destroyed or deleted by the requesting party within thirty (30) days following termination of this litigation between the parties, including all appeals. If permanently destroyed or deleted, counsel for the requesting party shall provide written assurance to counsel for the producing party of such destruction or deletion within thirty (30) days following termination of this litigation.

5.     Any Protected materials produced by either party, which shall include all documents, regardless of form, including portions of deposition transcripts, which contain information considered protected from disclosure shall be subject to the Court entering further Orders .

6.     It is therefore hereby stipulated that The Court will enter an Order implementing the terms and conditions of this Stipulation as deemed necessary.

7.     A copy of the executed stipulation will be served on the parties and the Office of the Attorney General after signing of the same.

8.     DATED this _____ day of November 2016.

By E. Lee Schlender, Schlender Law Offices for
Plaintiff

DATED this _____ day of November 2016.

By Casey Hemmer
Office of the Attorney General
Criminal Division
700 W. Jefferson Street☐
P.O. Box 83 Boise, ID 83720-0010

STIPULATION FOR PROTECTION RE: PRODUCTION OF
DOCUMENTS AND MATERIALS                                    4

Dated this ⟍2⟍ day of November 2016

By _____ for

Mr. Brian Julian
Anderson, Julian & Hull LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
PO Box 7426
Attorneys for the Defendants

## CERTIFICATE OF SERVICE

I certify that on ⟍3⟍ day of _____ 2016 I caused a true and correct copy of this entire document to be served as indicated below:

Mr. Brian Julian
Anderson, Julian & Hull LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
PO Box 7426
Boise, ID 83707-7426
Fax: (208) 344-5510
**SERVED BY: email. dwolff@ajhlaw.com**

Office of the Attorney General
Criminal Division
Paul Panther, Division Chief
Casey Hemmer, Deputy A.G.□
700 W. Jefferson Street□P.O. Box 83720
Boise, ID 83720-0010
By Fax and email. casey.hemmer@ag.idaho.gov
Phone (208) 334-2400
Fax (208) 854-8071

E. Lee Schlender
Attorney for Plaintiff

STIPULATION FOR PROTECTION RE: PRODUCTION OF
DOCUMENTS AND MATERIALS                                    5