E. Lee Schlender, ISBN 1171
SCHLENDER LAW OFFICES
2700 Holly Lynn Drive
Mountain Home, ID 83647
T:(208) 587-1999
F:(208) 587-3535
E:leeschlender@gmail.com

R. Keith Roark, ISBN 2230
THE ROARK LAW FIRM
409 North Main Street
Hailey, ID 83333
T: (208) 788-2427
F: (208) 788-3918

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANTWON MCDANIEL,<br><br>                         Plaintiff,<br><br>v.<br><br>DIETRICH SCHOOL DISTRICT NO. 314, STEPHANIE SHAW, BENJAMIN HARDCASTLE, BENJAMIN HOSKISSON, WAYNE DILL, STAR OLSEN, KRIS HUBERT, PERRY VAN TASSELL, BRET PETERSON, MICHAEL TORGERSON, RICK ASTLE, BRAD DOTSON AND JOHN AND JANE DOES 1-10,<br><br>                         Defendants. | Case No. 1:16-cv-00202<br><br>BRIEF SUPPORTING MOTION AND PETITION OF PARENT TIM MCDANIEL FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF |

## FACTS

There is little argument or contested facts in this case that Plaintiff, Antwon McDaniel has, since childhood suffered mental disability and disease. Commencing in June 2016, he has been repeatedly hospitalized and treated at St. Luke's Magic Valley Medical Center; St. Luke's Behavioral Health Center; and, Canyon View Hospital for mental illness episodes. He has been seen and treated by various psychiatrists and phycologists at the Twin Falls institutions including Samuel Pullen, DO, Children's Psychiatrist, St. Luke's Behavioral Health. As per his initial evaluation on June 2, 2016, his DSM5 diagnosis included schizophrenia verses schizoaffective disorder, attention deficient disorder; post-traumatic stress disorder; adjustment disorder with depression and anxiety; and, mild intellectual disability

The Motion and Petition for Guardian Ad Litem filed on behalf of Tim McDaniel, father of Antwon recites that Antwon is unable to proceed with is litigation and make competent decisions by reasons of his mental illness. As recently as October 2016, he was once again psychiatrically hospitalized.

## APPLICABLE LAW

Federal Rule of Civil Procedure 17(c)(1)(A) provides for appointment of Guardian Ad Litem or the issue of another appropriate order to protect an incompetent person. Antwon McDaniel is not at present a minor, but an adult; therefore, the special duties applicable to a District Court's overview are inapplicable. *Robidoux v. Rosengren*, 638 Fed. 3rd 1177 (9th Cir. 2011); *Dacanay v. Mendoza*, 573. Fed 2nd 1075 (9th Cir. 1978). Therefore the court will not be called upon to approve of any settlement or distribution of a verdict or settlement as being a minor's claim. However, without question Antwon needs a capable adult; his father, to make decisions regarding the prosecution of this case and claim.

For the above-stated reasons and based upon the Motion and Petition of Tim McDaniel it is respectfully requested that the court appoint Tim McDaniel as *Guardian Ad Litem* of Antwon McDaniel.

DATED this 5 Th day of December 2016.

E. Lee Schlender,
One of the Attorneys for Plaintiff

BRIEF SUPPORTING MOTION AND PETITION OF PARENT TIM MCDANIEL FOR APPOINTMENT OF GUARDIAN AD LITEM - 2

## CERTIFICATE OF SERVICE

I certify that on 5 th of December 2016, I caused a true and correct copy of *Brief Supporting Motion and Petition for Parent Tim McDaniel for Appointment of Guardian Ad Litem* to be served as indicated below:

Mr. Brian Julian
Anderson, Julian & Hull LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
PO Box 7426
Boise, ID 83707-7426
Fax: (208) 344-5510
**SERVED BY: Fax and email to Mr. Walther
Of the Firm**

E. Lee Schlender,
One of the Attorneys for Plaintiff