MOTIONS, OBJECTIONS, ETC.

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: May 12, 2017
Judge B. Lynn Winmill           Deputy Clerk: Jamie Bracke
Case No.1:16-cv-202             Reporter: Tammy Hohenleitner
Place: Boise                    Time: 9:36 - 11:01 a.m.

MCDANIEL v. DIETRICH SCHOOL DISTRICT NO. 314, et al

Counsel for Plaintiff: Lee Schlender

Counsel for Defendant: Bret Walther and Brian Julian

Hearing on Motion for Appointment of Guardian Ad Litem #26.

Opening statement by Plaintiff.

WITNESSES
    Plaintiff:
        1) Timothy McDaniel
        2) Shelly McDaniel
        3) Antwon McDaniel

Closing arguments.

The Court granted the Motion for Appointment of Guardian Ad Litem (Dkt. 26). The Court appointed Timothy McDaniel as Gaurdian Ad Litem for Antwon McDaniel.

The Court will not award fees and costs.

An order is forthcoming.