UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANTWON McDANIEL,<br><br>        Plaintiff,<br><br>vs.<br><br>DIETRICH SCHOOL DISTRICT NO. 314, STEPHANIE SHAW, BENJAMIN HARDCASTLE, BENJAMIN HOSKISSON, WAYNE DILL, STAR OLSEN, KRIS HUBERT, PERRY VAN TASSELL, BRET PETERSON, MICHAEL TORGERSON, RICK ASTLE, BRAD DOTSON and JOHN AND JANE DOES 1-10,<br><br>        Defendants. | Case No. 1:16-cv-00202-BLW<br><br>**ORDER APPOINTING GUARDIAN AD LITEM** |

For the reasons expressed from the bench following the conclusion of the evidentiary hearing held on May 12, 2017, and incorporated herein by reference,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for appointment of guardian ad litem (docket no. 26) is GRANTED, and that Timothy McDaniel is appointed as Guardian Ad Litem pursuant to Federal Rule of Civil Procedure 17(c)(1)(A)

DATED: May 15, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court