UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANTWON McDANIEL<br><br>  Plaintiff,<br><br>     v.<br><br>DIETRICH SCHOOL DISTRICT NO. 314, et al.,<br><br>  Defendants. | Case No. 1:16-cv-202-BLW<br><br>ORDER |

      The court having reviewed the Petition of the guardian ad litem Tim McDaniel requesting approval of the compromise and settlement of this case and cause and finding good cause therefore,

      NOW THEREFORE IT IS HEREBY ORDERED, that the Petition to Approve Incompetent Plaintiff's Settlement (docket no. 91) is GRANTED.  Tim McDaniel guardian ad litem is granted authority to execute the final pleadings and documents to settle this case.

      IT IS FURTHER ORDERED, that attorneys for the Plaintiff shall file within twenty (20) days from and after the docketing of this Order, their respective petitions and affidavits requesting allowance of attorney's fees and costs, if any.

IT IS FURTHER ORDERED, that the guardian ad litem shall file his affidavit and report to this court within ten (10) days following the filing of requests for fees and costs, stating his approval, disapproval and recommendations regarding allowance of the fee and cost applications so filed by any and all counsel.

IT IS FURTHER ORDERED, that after the filing of the fees and cost requests and the report of the guardian ad litem, the Court will enter an Order respecting allowance of attorney's fees and costs.

IT IS FURTHER ORDERED, that within ten (10) days after the docketing of the Order above described, attorneys for plaintiff shall file with the court the proposed Judgment and Order providing for Dismissal with Prejudice of this action and such further Orders as may be required to finalize this proceeding and case including release of the guardian ad litem and disposition of monies to trust accounts and/or other trusts and accounts providing for plaintiff's benefit as may be determined in state court proceedings hereafter.

DATED: September 28, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court